# United States District Court

──────────── DISTRICT OF ────────────

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

Richard W. Reid Electrical Company, Inc.,
    Defendant

and

City of Boston, Public Facilities Department,
    Reach-and-Apply Defendant

CASE NUMBER: 05-10424 RWZ

TO: (Name and address of defendant)

    City of Boston
    Public Facilities Department
    City Hall Plaza
    Boston, MA  02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON      MAR - 7 2005
CLERK      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action. (Reverse)

Case 1:05-cv-10424-RWZ   Document 3   Filed 04/04/2005   Page 2 of 2

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

March 31, 2005

I hereby certify and return that on 3/29/2005 at 8:50AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Jim Carrusso, agent and person in charge at the time of service for City Of Boston Public Facilities Department, at , One City Hall Plaza, Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    George Slyva

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.