UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs, <br><br> vs. <br><br> RICHARD W. REID ELECTRICAL COMPANY, INC., Defendant, <br><br> and <br><br> CITY OF BOSTON, PUBLIC FACILITIES DEPARTMENT, Reach-and-Apply Defendant | C.A. No. 05-10424 RWZ |

**NOTICE OF DISMISSAL**

Now come the plaintiffs, Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, et al pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that plaintiffs' claims against defendant Richard W. Reid Electrical Company, Inc. and Reach-and-

Apply Defendant City of Boston, Public Facilities Department, are dismissed without prejudice or costs.

                Respectfully submitted,

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Dismissal has been served by first class main upon the defendant's attorney, Robert D. City, Esquire at City, Hayes & Dissette, P.C., 50 Congress Street, Boston, MA  02109 and upon the Reach-and-Apply Defendant, City of Boston, Public Facilities Department at City Hall Plaza, Boston, MA  02108 this 1st day of August, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
3013 03-205/notofdis.doc